**Order entered September 26, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00921-CR

**JARRE JERONCE RHODES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause No. F15-51952-U**

## ORDER

The Court **REINSTATES** this appeal.

On September 23, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. The previous day, we received Sasha Brooks's request to extend time to file the reporter's record. Because findings are no longer necessary, we **VACATE** the September 23, 2016 order.

We **GRANT** Ms. Brooks's September 22, 2016 request and **ORDER** the reporter's record filed on or before October 24, 2016.

/s/    ADA BROWN
        JUSTICE